LBF B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

Romina Hernández Ramos

Debtor(s)

CASE No.: 09-09034

Chapter 13

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS (petitioner) Romina Hernández Ramos of (address): HC1 Box 3196-B Boquerón P.R. 00622 and states that on (date) 5/7/2015, (name) Romina Hernández Ramos became entitled to receive $21,035.73 as a distribution in the above-entitled case, and now appears in the records of this court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon (check box(es) that apply):

☒ petitioner is the owner of said funds as appear as such in the records of this court;

☐ petitioner is the assignee of the owner's claim to said funds, as evidenced in the attached

☐ Affidavit or Assignment of Right;

☐ petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or

☐ Assignment of Right;

☐ petitioner is the personal representative of the owner's estate, as evidenced in the

☐ Attached Affidavit and/or other identifying documents; or

☐ petitioner is named in a power of attorney by (grantor) _____,

☐ valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to

collect the unclaimed funds described above on behalf of grantor:

☐ as the owner of the claim;

☐ as the owner's attorney-at-law, with authorization to receive said funds;

☐ as the assignee of the owner's claim to said funds;

☐ as the owner's successor in interest; or

☐ as the personal representative of the owner's estate.

The petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

[List all documents that are attached, e.g., copy of government-issued photo i.d., power of attorney, formal assignment, letter of appointment, court order, etc.]

_____

_____

_____

WHEREFORE, the petitioner submits to the personal jurisdiction of this court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or (if the petitioner is not the owner) to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

**NOTICE OF RESPONSE TIME**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice otherwise requires.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/8/15 | Ramona Hernandez Ramos | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans delai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.



SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE



**UNITED STATES OF AMERICA**

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 405571362

Surname / Nom / Apellidos:
**HERNANDEZ RAMOS**

Given names / Prénoms / Nombres:
**RAMONA**

Nationality / Nationalité / Nacionalidad:
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento:
**20 Nov 1943**

Sex / Sexe / Sexo: F
Place of birth / Lieu de naissance / Lugar de nacimiento: **PUERTO RICO, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición:
**21 Sep 2005**

Authority / Autorité / Autoridad:
**United States Department of State**

Date of expiration / Date d'expiration / Fecha de caducidad:
**20 Sep 2015**

Amendments / Modifications / Enmiendas:
**See Page 24**

P<USAHERNANDEZ<RAMOS<<RAMONA<<<<<<<<<<<<<<<<
4055713621USA4311201F1509201<<<<<<<<<<<<<<08